UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter: 13
    Terrence Eugene Farward
        Debtor(s)                         Bankruptcy No: 22–12663–mdc

***O R D E R***

**AND NOW,** this 3rd day of October,2022 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Matrix List of Creditors due 10/11/2022.
    Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 10/17/2022.
    Chapter 13 Plan due by 10/17/2022.
    Pro Se Statement due 10/17/2022.
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1(old) Due 10/17/2022.
    Means Test Calculation Form 122C–2 – If Applicable – Due: 10/17/2022.
    Schedules AB–J due 10/17/2022.
    Statement of Financial Affairs due 10/17/2022.
    Summary of Assets and Liabilities Form B106 due 10/17/2022.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

4
Form 130