Certificate Number: 14912-PAE-DE-036877377

Bankruptcy Case Number: 22-12663



14912-PAE-DE-036877377

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2022, at 10:59 o'clock AM EDT, Terrence Farward completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 4, 2022           By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor